## McCULLOCH *v.* CALIFORNIA FRANCHISE TAX BOARD.

No. 472.   Decided November 23, 1964.

*Walter L. Nossaman* for appellant.

*Thomas C. Lynch,* Attorney General of California, *Dan Kaufmann,* Assistant Attorney General, and *Ernest P. Goodman* and *Harry W. Low,* Deputy Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.